IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAVAR ARMSTRONG,

        Plaintiff,

v.

CAPTAIN JOHN GRETSKY, et al.,

        Defendants.

CIVIL ACTION
NO. 20-160

## ORDER

**AND NOW**, this 11th day of April 2023, upon consideration of Defendants' Motions for Summary Judgment (Doc. Nos. 40, 42), Plaintiff's Responses (Doc. Nos. 43, 44), Defendants' Replies (Doc. Nos. 45, 46), the parties' supplemental memoranda (Doc. Nos. 75-78), and the pleadings, discovery, depositions and exhibits, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motions for Summary Judgment (Doc. Nos. 40, 42) are **GRANTED** and Plaintiff's claims in the Amended Complaint are **DISMISSED.**

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.